*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, GROSS, and de GROOT
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Trevor J. RODRIGUEZ**
Sergeant (E-5), U.S. Marine Corps
*Appellant*

**No. 202400263**

_____

Decided: 26 September 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
John P. Norman

Sentence adjudged 1 June 2022 by a special court-martial tried at Marine Corps Air Station Miramar, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: forfeiture of $1,500 per month for one month, reduction to E-3, confinement for 30 days, and restriction to the limits of Marine Corps Air Station Miramar, California, for 30 days.

For Appellant:
*Captain Colin P. Norton, USMC*

————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

————————————

PER CURIAM[1]:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

————————————

[1] Senior Judge GROSS would have specified for briefing the following issue: WAS THE EVIDENCE FACTUALLY SUFFICIENT TO SUSTAIN APPELLANT'S CONVICTION FOR VIOLATION OF A LAWFUL GENERAL ORDER IN VIOLATION OF ARTICLE 92, UCMJ?

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.